# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LELAND FOSTER, | ) | Case No. 1:21cv0995 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| BLAZE REALTY, LLC, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

On December 10, 2021, the parties informed the court that this case has settled. Accordingly, this case is dismissed with prejudice with parties to bear their own costs. Notice by the Clerk of Courts is hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

Dated: December 10, 2021                                 *s/Dan Aaron Polster*
                                                                           United States District Judge